

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 7, 2010

The Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
Long Island Federal Courthouse
202 Federal Plaza
Central Islip, New York  11722

    Re: United States v. Daniel E. Connor
       Criminal Docket No. 99-697 (LDW)

Dear Judge Wexler:

  We write in response to the Court's Order of October 7, 2010, directing the parties to provide a written status as to the above defendant.

  Please be advised that the defendant has never appeared in the matter, and remains a fugitive.

          Very truly yours,

          LORETTA E. LYNCH
          United States Attorney
          Eastern District of New York

    By: _____
       Carolyn Pokorny
       Assistant U.S. Attorney
       (718) 254-6291